# Exhibit A

# United States of America

## United States Patent and Trademark Office

 **STALLION**

**Reg. No. 7,385,809**

**Registered May 14, 2024**

**Int. Cl.: 36, 37, 38, 39, 40, 43, 45**

**Service Mark**

**Principal Register**

Stallion Infrastructure Services, Ltd.  (TEXAS LIMITED PARTNERSHIP)
950 Corbindale Road, Suite 400
Houston, TEXAS 77024

CLASS 36: Rental of office space

FIRST USE 3-29-2023; IN COMMERCE 3-29-2023

CLASS 37: Equipment rental services, namely, rental of remote power generation equipment, pumps and oilfield equipment rental services featuring rental of surface equipment, composite and wood mats for road and drilling locations, construction equipment used in wellsite construction and de-commissioning, rig and equipment moving trucks and cranes

FIRST USE 3-29-2023; IN COMMERCE 3-29-2023

CLASS 38: Providing voice and data communication services, namely, transmission of voice and data via the internet

FIRST USE 3-29-2023; IN COMMERCE 3-29-2023

CLASS 39: Rental of equipment for storage of water; water storage services

FIRST USE 3-29-2023; IN COMMERCE 3-29-2023

CLASS 40: Rental of equipment for treatment, recycling and repurposing of water; water treatment services; worksite sanitation services, namely, sanitizing and disinfecting surfaces and equipment for others

FIRST USE 3-29-2023; IN COMMERCE 3-29-2023

CLASS 43: Arranging temporary workforce housing accommodations; rental of temporary workforce housing accommodations; rental of lighting equipment for the purpose of establishing portable infrastructure

FIRST USE 3-29-2023; IN COMMERCE 3-29-2023

CLASS 45: Providing security surveillance and monitoring of premises for others

FIRST USE 3-29-2023; IN COMMERCE 3-29-2023

The colors orange, white and black are claimed as a feature of the mark.

The mark consists of a horse profile in white against an orange square shown to the left of the wording "STALLION" in black.

OWNER OF U.S. REG. NO. 3144846, 3642886, 5295830

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



SER. NO. 97-898-130, FILED 04-20-2023

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

**STALLION**

**Reg. No. 7,385,807**

**Registered May 14, 2024**

**Int. Cl.: 36, 37, 38, 39, 40, 43, 45**

**Service Mark**

**Principal Register**

Stallion Infrastructure Services, Ltd.  (TEXAS LIMITED PARTNERSHIP)
950 Corbindale Road, Suite 400
Houston, TEXAS 77024

CLASS 36: Rental of office space

FIRST USE 3-29-2023; IN COMMERCE 3-29-2023

CLASS 37: Equipment rental services, namely, rental of remote power generation equipment, pumps and oilfield equipment rental services featuring rental of surface equipment, composite and wood mats for road and drilling locations, construction equipment used in wellsite construction and de-commissioning, rig and equipment moving trucks and cranes

FIRST USE 3-29-2023; IN COMMERCE 3-29-2023

CLASS 38: Providing voice and data communication services, namely, transmission of voice and data via the internet

FIRST USE 3-29-2023; IN COMMERCE 3-29-2023

CLASS 39: Rental of equipment for storage of water; water storage services

FIRST USE 3-29-2023; IN COMMERCE 3-29-2023

CLASS 40: Rental of equipment for treatment, recycling and repurposing of water; water treatment services; worksite sanitation services, namely, sanitizing and disinfecting surfaces and equipment for others

FIRST USE 3-29-2023; IN COMMERCE 3-29-2023

CLASS 43: Arranging temporary workforce housing accommodations; rental of temporary workforce housing accommodations; rental of lighting equipment for the purpose of establishing portable infrastructure

FIRST USE 3-29-2023; IN COMMERCE 3-29-2023

CLASS 45: Providing security surveillance and monitoring of premises for others

FIRST USE 3-29-2023; IN COMMERCE 3-29-2023

The mark consists of horse profile to the left of the wording "STALLION".

OWNER OF U.S. REG. NO. 3144846, 3642886, 5295830

SER. NO. 97-898,126, FILED 04-20-2023



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,097,354**

**Registered Jul. 07, 2020**

**Int. Cl.: 40**

**Service Mark**

**Principal Register**

Stallion Oilfield Services Ltd.  (TEXAS LIMITED PARTNERSHIP)
950 Corbindale Road, Suite 400
Houston, TEXAS 77024

CLASS 40: Rental of gas-powered electric generators for use in oilfields

FIRST USE 4-5-2019; IN COMMERCE 4-5-2019

The mark consists of a slanted rectangle with the phrase "HORSE POWER" above the phrase "A STALLION SOLUTION".

OWNER OF U.S. REG. NO. 5295829, 3642886, 5295830

No claim is made to the exclusive right to use the following apart from the mark as shown: "SOLUTION"

SER. NO. 88-331,971, FILED 03-08-2019



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,833,001**

**Registered Aug. 13, 2019**

**Int. Cl.: 39, 40**

**Service Mark**

**Principal Register**

Stallion Oilfield Services Ltd.  (TEXAS LIMITED PARTNERSHIP)
950 Corbindale Road, Suite 400
Houston, TEXAS 77024

CLASS 39: rental of oilfield equipment for use in connection with the storage of freshwater

FIRST USE 4-16-2018; IN COMMERCE 4-16-2018

CLASS 40: rental of oilfield equipment for use in connection with the treatment and repurposing of wastewater

FIRST USE 4-16-2018; IN COMMERCE 4-16-2018

The mark consists of a shaded circle to the left of the term "START", both of which are above the phrase "STALLION REMOTE TREATMENT", with the circle being divided in the middle similar to a yin yang symbol and having a water drop in the upper half and a collection of nine smaller circles arranged to form an irregular polygon in the bottom half.

OWNER OF U.S. REG. NO. 3144846, 5295829, 3642886

No claim is made to the exclusive right to use the following apart from the mark as shown: "REMOTE TREATMENT"

SER. NO. 88-258,267, FILED 01-11-2019

Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information. With  the  exception of  renewal  applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,295,830**

**Registered Sep. 26, 2017**

**Int. Cl.: 37, 38, 43**

**Service Mark**

**Principal Register**

Stallion Oilfield Services Ltd. (TEXAS LIMITED PARTNERSHIP)
950 Corbindale Road Suite 300
Houston, TX 77024

CLASS 37: Rental of oil well drilling equipment; rental of construction equipment, machines and apparatus, including equipment for road construction

FIRST USE 3-00-2003; IN COMMERCE 3-00-2003

CLASS 38: Satellite communications services

FIRST USE 1-12-2006; IN COMMERCE 1-12-2006

CLASS 43: Arranging temporary rental housing accommodations; rental of temporary accommodations on drilling rigs

FIRST USE 3-00-2003; IN COMMERCE 3-00-2003

The colors black, orange and white are claimed as a feature of the mark.

The mark consists of the black silhouette of a stallion with its front legs raised inside a black rectangle with an orange background and the word "STALLION" in white at the bottom.

OWNER OF U.S. REG. NO. 3302264, 3642886, 3144846

SER. NO. 87-334,043, FILED 02-13-2017
IRA J GOODSAID, EXAMINING ATTORNEY



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,295,829**

**Registered Sep. 26, 2017**

**Int. Cl.: 37, 38, 43**

**Service Mark**

**Principal Register**

Stallion Oilfield Services Ltd. (TEXAS LIMITED PARTNERSHIP)
950 Corbindale Road Suite 300
Houston, TX 77024

CLASS 37: Rental of oil well drilling equipment; rental of construction equipment, machines and apparatus, including equipment for road construction

FIRST USE 3-00-2003; IN COMMERCE 3-00-2003

CLASS 38: Satellite communications services

FIRST USE 1-12-2006; IN COMMERCE 1-12-2006

CLASS 43: Arranging temporary rental housing accommodations; rental of temporary accommodations on drilling rigs

FIRST USE 3-00-2003; IN COMMERCE 3-00-2003

The mark consists of the silhouette of a stallion with its front legs raised inside a rectangle at the bottom of which is the word "STALLION".

OWNER OF U.S. REG. NO. 3302264, 3642886, 3144846

SER. NO. 87-334,039, FILED 02-13-2017
IRA J GOODSAID, EXAMINING ATTORNEY



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.



# United States of America

## United States Patent and Trademark Office

## STALLION UNIVERSITY

**Reg. No. 3,787,736**

**Registered May 11, 2010**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

STALLION OILFIELD SERVICES, LTD. (TEXAS LIMITED PARTNERSHIP)
SUITE 300
950 CORBINDALE ROAD
HOUSTON, TX 77024

FOR: EDUCATION SERVICES, NAMELY, PROVIDING CLASSES, SEMINARS, CONFER-ENCES, WORKSHOPS, TRAINING AND INFORMATION IN THE FIELD OF OILFIELD SERVICES, INCLUDING ONLINE CLASSES IN THE FIELD OF OILFIELD SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-1-2007; IN COMMERCE 3-1-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "UNIVERSITY", APART FROM THE MARK AS SHOWN.

SN 77-049,133, FILED 11-21-2006.

TOBY BULLOFF, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

Int. Cls.: 37 and 43

Prior U.S. Cls.: 100, 101, 103 and 106

**Reg. No. 3,642,886**

## United States Patent and Trademark Office

Registered June 23, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

# STALLION

STALLION OILFIELD SERVICES, LTD. (TEXAS LIMITED PARTNERSHIP)
SUITE 300
950 CORBINDALE ROAD
HOUSTON, TX 77024

FOR: OILFIELD EQUIPMENT RENTAL SERVICES, NAMELY, THE RENTAL OF RIG HOUSING ACCOMMODATIONS, SURFACE EQUIPMENT, COMPOSITE AND WOOD MATS FOR ROAD AND DRILLING LOCATIONS, CONSTRUCTION EQUIPMENT USED IN WELLSITE CONSTRUCTION AND DE-COMMISSIONING, WELL-SITE CONSTRUCTION CREWS, RIG AND EQUIPMENT MOVING TRUCKS AND CRANES, AND VARIOUS OTHER AUXILLARY RENTAL EQUIPMENT USED BEFORE, DURING AND AFTER DRILLING OPERATIONS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

FOR: ARRANGING TEMPORARY RENTAL HOUSING ACCOMODATIONS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,144,846.

SER. NO. 77-616,938, FILED 11-18-2008.

ALLISON HALL, EXAMINING ATTORNEY

Int. Cls.: 9, 12 and 38

Prior U.S. Cls.: 19, 21, 23, 26, 31, 35, 36, 38, 44, 100, 101 and 104

**Reg. No. 3,317,824**

## United States Patent and Trademark Office

Registered Oct. 23, 2007

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

STARCOMM STALLION REMOTE
COMMUNICATIONS

STALLION OILFIELD SERVICES (TEXAS COR-
PORATION)
410 ROBERTS
HOUSTON, TX 77003

FOR: SATELLITE DISHES, ANTENNA, SATEL-
LITE TELEPHONES, WIRELESS TELEPHONES,
HANDSETS, BATTERY CHARGERS, FAX MA-
CHINES, INTERCOMS, COMPUTER NETWORK
HUBS, SWITCHES AND ROUTERS, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-12-2006; IN COMMERCE 1-12-2006.

FOR: SATELLITE COMMUNICATIONS EQUIP-
MENT TRAILERS AND SERVICE TRUCKS, IN
CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-12-2006; IN COMMERCE 1-12-2006.

FOR: SATELLITE REMOTE COMMUNICATIONS
SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 1-12-2006; IN COMMERCE 1-12-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "REMOTE COMMUNICATIONS",
APART FROM THE MARK AS SHOWN.

SER. NO. 78-896,597, FILED 5-31-2006.

KENNETH E. SHARPERSON, EXAMINING ATTOR-
NEY

Int. Cls.: 9, 12 and 38

Prior U.S. Cls.: 19, 21, 23, 26, 31, 35, 36, 38, 44, 100, 101 and 104

**Reg. No. 3,302,264**

## United States Patent and Trademark Office

Registered Oct. 2, 2007

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER



STALLION OILFIELD SERVICES (TEXAS CORPORATION)
410 ROBERTS
HOUSTON, TX 77003

FOR: SATELLITE DISHES, ANTENNA, SATELLITE TELEPHONES, WIRELESS TELEPHONES, HANDSETS, BATTERY CHARGERS, FAX MACHINES, INTERCOMS, COMPUTER NETWORK HUBS, SWITCHES AND ROUTERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-12-2006; IN COMMERCE 1-12-2006.

FOR: SATELLITE COMMUNICATIONS EQUIPMENT TRAILERS AND SERVICE TRUCKS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-12-2006; IN COMMERCE 1-12-2006.

FOR: SATELLITE REMOTE COMMUNICATIONS SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 1-12-2006; IN COMMERCE 1-12-2006.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "REMOTE COMMUNICATIONS", APART FROM THE MARK AS SHOWN.

SER. NO. 78-896,590, FILED 5-31-2006.

KENNETH E. SHARPERSON, EXAMINING ATTORNEY

**Int. Cls.: 37 and 43**

**Prior U.S. Cls.: 100, 101, 103 and 106**

**Reg. No. 3,144,846**

**United States Patent and Trademark Office**    Registered Sep. 19, 2006

## SERVICE MARK
### PRINCIPAL REGISTER



STALLION OILFIELD SERVICES (TEXAS CORPORATION)
410 ROBERTS
HOUSTON, TX 77003

FOR: OILFIELD EQUIPMENT RENTAL SERVICES, NAMELY, THE RENTAL OF RIG HOUSING ACCOMMODATIONS, SURFACE EQUIPMENT, COMPOSITE AND WOOD MATS FOR ROAD AND DRILLING LOCATIONS, CONSTRUCTION EQUIPMENT USED IN WELLSITE CONSTRUCTION AND DE-COMMISSIONING, WELL-SITE CONSTRUCTION CREWS, RIG AND EQUIPMENT MOVING TRUCKS AND CRANES, AND VARIOUS OTHER AUXILIARY RENTAL EQUIPMENT USED BEFORE, DURING AND AFTER DRILLING OPERATIONS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

FOR: ARRANGING TEMPORARY RENTAL HOUSING ACCOMMODATIONS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE OILFIELD SERVICES, APART FROM THE MARK AS SHOWN.

THE COLOR(S) ORANGE AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE COLOR ORANGE APPEARS IN A BOX ON THE LEFT SIDE OF THE MARK; THE COLOR BLACK APPEARS ON THE STALLION HEAD PROFILE LOCATED IN THE ORANGE BOX, AND THE COLOR BLACK ALSO APPEARS IN THE TEXT LETTERING 'STALLION OILFIELD SERVICES,' POSITIONED TO THE RIGHT OF THE ORANGE BOX.

THE MARK CONSISTS OF ORANGE BOX ON LEFT CONTAINING BLACK STALLION HEAD PROFILE, WORDS "STALLION OILFIELD SERVICES" TO THE RIGHT OF THE BOX.

SER. NO. 78-667,351, FILED 7-11-2005.

JORDAN BAKER, EXAMINING ATTORNEY