# Exhibit C

# LITMUS LAW

Litmus Law PLLC
4 Weems La #240
Winchester, VA 22601

Janice Housey
Tel. 703-957-5274
jhousey@litmuslaw.com

November 5, 2025

By email: **info@StallionSiteServices.com**

Louis Dargenzio, Manager
Stallion Site Services, LLC
4123 WEST OLIVE AVE.
BURBANK, CA 91505

Re:  Infringement of STALLION trademark

Dear Mr. Dargenzio:

We represent Stallion Infrastructure Services, Ltd. ("Stallion" or "our Client"), in connection with its trademark matters.  We recently became aware of the launch of a company named Stallion Site Services, LLC, the registration of the domain name stallionsiteservices.com and the use STALLION SITE SERVICES with a stallion design for jobsite setups and equipment rental, all without any authorization to do so.

Our Client has adopted and has used all of the following relevant trademarks:

| Mark | Reg. No. | Relevant Goods/Services |
| --- | --- | --- |
| STALLION | 3642886 | Class 37: Oilfield equipment rental services, namely, the rental of rig housing accommodations, surface equipment, composite and wood mats for road and drilling locations, construction equipment used in wellsite construction and de-commissioning, well-site construction crews, rig and equipment moving trucks and cranes, and various other auxillary rental equipment used before, during and after drilling operations<br>Class 43: Arranging temporary rental housing accomodations |
| STALLION | 7385807 | Class 36: Rental of office space<br>Class 37: Equipment rental services, namely, rental of remote power generation equipment, pumps and oilfield equipment rental services featuring rental of surface equipment, composite and wood mats for road and drilling locations, construction equipment used in wellsite construction and de-commissioning, rig and equipment moving trucks and cranes |

Louis Dargenzio, Manager
Stallion Site Services, LLC
P a g e  |  2

| | | |
|---|---|---|
| | | Class 38: Providing voice and data communication services, namely, transmission of voice and data via the internet<br>Class 39: Rental of equipment for storage of water; water storage services<br>Class 40: Rental of equipment for treatment, recycling and repurposing of water; water treatment services; worksite sanitation services, namely, sanitizing and disinfecting surfaces and equipment for others<br>Class 43: Arranging temporary workforce housing accommodations; rental of temporary workforce housing accommodations; rental of lighting equipment for the purpose of establishing portable infrastructure<br>Class 45: Providing security surveillance and monitoring of premises for others |
| STALLION | 7385809 | Class 36: Rental of office space<br>Class 37: Equipment rental services, namely, rental of remote power generation equipment, pumps and oilfield equipment rental services featuring rental of surface equipment, composite and wood mats for road and drilling locations, construction equipment used in wellsite construction and de-commissioning, rig and equipment moving trucks and cranes<br>Class 38: Providing voice and data communication services, namely, transmission of voice and data via the internet<br>Class 39: Rental of equipment for storage of water; water storage services<br>Class 40: Rental of equipment for treatment, recycling and repurposing of water; water treatment services; worksite sanitation services, namely, sanitizing and disinfecting surfaces and equipment for others<br>Class 43: Arranging temporary workforce housing accommodations; rental of temporary workforce housing accommodations; rental of lighting equipment for the purpose of establishing portable infrastructure<br>Class 45: Providing security surveillance and monitoring of premises for others |

Louis Dargenzio, Manager
Stallion Site Services, LLC
P a g e  |  3

| | | |
|---|---|---|
| | 5295829 | Class 37: Rental of oil well drilling equipment; rental of construction equipment, machines and apparatus, including equipment for road construction<br>Class 38: Satellite communications services<br>Class 43: Arranging temporary rental housing accommodations; rental of temporary accommodations on drilling rigs |
| | 5295830 | Class 37: Rental of oil well drilling equipment; rental of construction equipment, machines and apparatus, including equipment for road construction<br>Class 38: Satellite communications services<br>Class 43: Arranging temporary rental housing accommodations; rental of temporary accommodations on drilling rigs |
| | 3144846 | Class 37: oilfield equipment rental services, namely, the rental of rig housing accommodations, surface equipment, composite and wood mats for road and drilling locations, construction equipment used in wellsite construction and de-commissioning, well-site construction crews, rig and equipment moving trucks and cranes, and various other auxiliary rental equipment used before, during and after drilling operations<br>Class 43: Arranging temporary rental housing accommodations |
| STALLION UNIVERSITY | 3787736 | Class 41: Education services, namely, providing classes, seminars, conferences, workshops, training and information in the field of oilfield services, including online classes in the field of oilfield services |
| | 6097354 | Class 40: Rental of gas-powered electric generators for use in oilfields |
| STARCOMM STALLION REMOTE COMMUNICATIONS | 3317824 | Class 9: Satellite dishes, antenna, satellite telephones, wireless telephones, handsets, battery chargers, fax machines, intercoms, computer network hubs, switches and routers<br>Class 12: Satellite communications equipment trailers and service trucks<br>Class 38: Satellite remote communications services |

Louis Dargenzio, Manager
Stallion Site Services, LLC
P a g e | 4

| | | |
|---|---|---|
| StaRComm STALLION REMOTE COMMUNICATIONS | 3302264 | Class 9: Satellite dishes, antenna, satellite telephones, wireless telephones, handsets, battery chargers, fax machines, intercoms, computer network hubs, switches and routers<br>Class 12: Satellite communications equipment trailers and service trucks<br>Class 38: Satellite remote communications services |
| StaRT STALLION REMOTE TREATMENT | 5833001 | Class 39: rental of oilfield equipment for use in connection with the storage of freshwater<br>Class 40: rental of oilfield equipment for use in connection with the treatment and repurposing of wastewater |

(hereinafter, the "STALLION Trademarks")  Copies of the registration certificates are attached.

Our Client's rights in the STALLION Trademarks have been accruing for more than 2 decades, long prior to any rights you would appear to be able to claim given that your company only formed and launched a few months ago.  The registrations listed above cover a variety of jobsite services that appear to be very similar-and likely-overlapping with the services that you are offering under a confusingly similar mark and at a domain name that includes our Client's STALLION trademark.  Our client's asserted U.S. trademark registrations were issued by the U.S. Patent and Trademark Office and are in full force and effect. As you know or should know, these registrations constitute *prima facie* evidence of our client's **exclusive** rights to use the trademarks therein throughout the United States.  See Trademark Act, 15 U.S.C. §1115.  Several of these registrations are incontestable, and thus are *conclusive* evidence of the validity of the registered marks shown therein, of the registration of the marks, of our Client's ownership of the marks and of our Client's exclusive right to use the marks in connection with the goods and services listed therein.  See Trademark Act, 15 U.S.C. §1065.

As you likely know, our Client must do everything necessary to preserve and protect its rights in its STALLION Trademarks to protect its valuable intellectual property, including but not limited to taking any legal action that our Client believes to be in its best interests.

In view of the foregoing, our Client insists that you, your company and any persons or entities acting in concert with you:  (1) commence removing, taking down, and disabling the web site at the domain name stallionsiteservices.com (and any other domain names in your control that include STALLION Trademarks); (2) cease and desist any and all advertising and offering of any STALLION-branded goods and/or services which are or may reasonably be deemed to be related to the goods and services offered under the STALLION Trademarks;  (3) take appropriate steps to change your company name and rebrand your services as well as any goods you may offer; and (4) respond to this letter **within 10 days** indicating that you will be abandoning the mark and detailing the steps taken to comply with the terms of this paragraph.  If you do so, our Client is prepared to allow you a generous phase-out period of 3 months to cease all use of any trade name, domain name, trademark or other use that is confusingly similar to its STALLION Trademarks.

Louis Dargenzio, Manager
Stallion Site Services, LLC
P a g e | 5

In the absence of such assurances, our Client must take action and may choose to proceed with legal action in connection with this trademark infringement. Specifically, your use of STALLION and/or a stallion design is likely to cause confusion among consumers and prospective consumers by causing them to assume wrongly that your services emanate from Stallion or are sponsored or otherwise affiliated with our Client and its goods and services and thus, your activities constitute trademark infringement and unfair competition under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), 15 U.S.C. § 1114(1) as well as under applicable state laws.

Any such federal legal action also is likely to include a claim under the Cybersquatting Consumer Protection Act (15 U.S.C. § 1125(d) (hereinafter the "Act"), and in any such action, we would likely include a claim for monetary statutory damages. Under the Act, we would be entitled to statutory damages up to **$100,000 *per domain name*** (15 U.S.C. §1117(d)). Please be aware that statutory damages provided for under the Act are in addition to **all** other remedies available at law or equity, including damages for trademark infringement as well as seeking enhanced damages, including fees and costs.

In these circumstances, any claim for infringement likely would include a claim that the infringement was willful. Specifically, we note that the dominant part of your adopted use is STALLION and a stallion design – both of which are very similar to the STALLION Trademarks. It seems highly unlikely that your company would make such a significant financial investment without doing even the briefest of trademark searches (which would have disclosed our client's trademark). Indeed, a Google search for "Stallion Site Services" reveals numerous references to our Client and its STALLION Trademarks making the likelihood of confusion arising inevitable. By proving willful infringement, Stallion should be entitled to attorneys' fees and costs, in addition to other monetary damages and enhanced damages.

The statement of facts set forth in this letter is not intended to be, nor shall it be deemed to be, a full and complete statement of the facts in this matter. Similarly, this letter is not intended to be a complete statement of our client's rights and shall not be construed as a waiver of any legal or equitable rights or remedies, all of which are expressly reserved.

Sincerely,

Janice W. Housey

Enclosures